[No. 21407-5-II.   Division Two.   May 8, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT
CHANDLER BROWNELL, *Appellant*.

Appeal from a judgment of the Superior Court for Clark
County, No. 95-1-01449-6, Roger A. Bennett, J., entered
November 12, 1996. *Affirmed* by unpublished opinion per
Hunt, J., concurred in by Houghton, C.J., and Morgan, J.


[No. 21573-0-II.   Division Two.   May 8, 1998.]

THE STATE OF WASHINGTON, *Appellant*, v. KEVIN A.
ARMSTRONG, *Respondent*.

Appeal from a judgment of the Superior Court for Thur-
ston County, No. 96-1-00516-2, Christine A. Pomeroy, J.,
entered July 24, 1996. *Reversed* by unpublished opinion
per Armstrong, J., concurred in by Morgan and Seinfeld,
JJ.


[No. 21735-0-II.   Division Two.   May 8, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. GEORGE
ABRAHAM NAHAS, *Appellant*.

Appeal from a judgment of the Superior Court for Clark
County, No. 96-1-00835-4, James D. Ladley, J., entered Feb-
ruary 11, 1997. *Affirmed* by unpublished opinion per
Bridgewater, A.C.J., concurred in by Morgan and Arm-
strong, JJ.


[No. 21756-2-II.   Division Two.   May 8, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD T.
BRADSHAW, *Appellant*.

Appeal from a judgment of the Superior Court for Grays
Harbor County, No. 95-1-00632-7, F. Mark McCauley, J.,
entered March 17, 1997. *Affirmed* by unpublished opinion
per Seinfeld, J., concurred in by Morgan and Armstrong,
JJ.